

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00497-CV

David C. **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE**, Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
William Old, Judge Presiding

# O R D E R

This is an appeal from a judgment in favor of appellee, the County of Guadalupe, in a suit in which appellee sought recovery of ad valorem taxes for certain tax years from appellant. On January 5, 2015, appellee, the County of Guadalupe, filed a "Motion to Remand to Trial Court for Non-Suit." Appellee sought a remand, not a dismissal of the appeal. In its motion, appellee contends that because "the full amount of the judgment including taxes, penalties, interest, and costs has been paid," we should order this matter remanded to the trial court so that appellee may nonsuit its claims. We cannot grant the relief requested.

The Texas Supreme Court has specifically held that "[o]nce a judge announces a decision that adjudicates a claim, that claim is no longer subject to the plaintiff's right to nonsuit." *Hyundai Motor Co. v. Alvarado*, 892 S.W.2d 853, 854-55 (Tex. 1995)(per curiam). Moreover, this rule applies even if the judgment was in favor of the party seeking the nonsuit. *Gen. Agents Ins. Co. of Am., Inc. v. El Naggar*, 340 S.W.3d 552, 556-57 (Tex. App.—Houston [14th Dist.] 2011, pet. denied). In *El Naggar*, the court held that favorable or not, the matter at issue had been adjudicated and the time for seeking a nonsuit had expired. *Id.* Here, judgment was rendered in favor of appellee, and therefore, the time for filing a nonsuit – even as to a favorable judgment – has expired. *See id.* Accordingly, we **ORDER** appellee's motion to remand for a nonsuit **DENIED**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.



Keith E. Hottle
Clerk of Court